UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC WALKER, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | Case No. 4:18-cv-00766-HEA |
| PORCH.COM, INC., | ) ) |
| Defendant. | ) ) |

## DISMISSAL MEMORANDUM

COMES NOW Plaintiff Eric Walker and hereby dismisses his claims against Porch.com, Inc. pursuant to Fed. R. Civ. Proc. 41(a)(1), with prejudice.  The putative class claims in Plaintiff's Complaint are dismissed without prejudice.

**BUTSCH ROBERTS & ASSOCIATES LLC**

By:  /s/Christopher E. Roberts
David T. Butsch #37539
Christopher E. Roberts #61895
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)
butsch@butschroberts.com
roberts@butschroberts.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on July 27, 2018 a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                             /s/Christopher E. Roberts